IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00073-WJM-MJW

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

BOBBY FUSHIMI and
CLOVIA FUSHIMI,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that plaintiff's Motion for Extension of Time to Effect Service and to Reset Scheduling Conference (Docket No. 7) is GRANTED. Plaintiff shall have up to and including February 25, 2013 to file a waiver of service executed by defendants. It is further ORDERED that the Scheduling Conference set for March 11, 2013 at 10:00 a.m. is VACATED. The Scheduling Conference is RESET for April 1, 2013 at 3:00 p.m.

Date: February 12, 2013