IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00073-WJM-MJW

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

BOBBY FUSHIMI and
CLOVIA FUSHIMI,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Stay of Proceedings (Docket No. 12) is GRANTED for good cause shown. This matter shall be stayed until further order of the court. The Scheduling Conference set for April 1, 2013 at 3:00 p.m. is VACATED. The parties are ORDERED to submit a joint status report on or before the 1st of each month, starting on May 1, 2013.

Date: March 18, 2013