**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 13-cv-0073-WJM-MJW

ALLSTATE INSURANCE COMPANY, an Illinois corporation

      Plaintiff,

v.

BOBBY FUSHIMI, and
CLOVIA FUSHIMI

      Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed February 20, 2012 (ECF No. 28). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITHOUT PREJUDICE. Each party shall pay his, her or its own attorney's fees and costs.

Dated this 24th day of February, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge